# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **LOGITRAQ, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **C.R. ENGLAND, INC.,** <br><br> Defendant. | Case No. 6:14-cv-190 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES
## AND NOTICE OF SETTLEMENT

Plaintiff Logitraq, LLC ("Logitraq") and Defendant C.R. England, Inc. ("C.R. England") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement.

All matters in controversy between the parties have been settled. The terms of the written settlement agreement have been agreed, and the settlement agreement is in the process of being executed. The settlement provides that payment will be made within 30 days of execution, and then the claims between Logitraq and Defendant C.R. England will be dismissed. The parties wish to conclude settlement without burdening the Court with any additional filings and without incurring unnecessary expense. Therefore, parties request a stay of 31 days from the current answer deadline of June 23, 2014 to allow sufficient time for execution of the agreement, settlement payment to be made, and the case to be subsequently dismissed.

Accordingly, the parties respectfully request that the Court stay all proceedings in this case, including all pending deadlines, until Wednesday, July 24, 2014.

The parties submit that good cause exists for granting this agreed motion, as set forth above. This motion is not filed for purposes of delay, but so that justice may be served.

WHEREFORE, the parties respectfully request that the Court enter the proposed order submitted with this joint motion as set forth above, and grant the parties such other and further relief to which they are entitled.

Dated: June 20, 2014								Respectfully submitted,

   */s/ Craig Tadlock*
Craig Tadlock
State Bar No. 00791766
John J. Harvey, Jr.
State Bar No. 09179770
Keith Smiley
State Bar No. 24067869
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
903-730-6789
craig@tadlocklawfirm.com
john@tadlocklawfirm.com
keith@tadlocklawfirm.com

***Attorneys for Plaintiff Logitraq, LLC***

Dated: June 20, 2014								Respectfully submitted,

By /s/ *Richard S. Zembek*
Richard S. Zembek
(Texas Bar No. 00797726)
richard.zembek@nortonrosefulbright.com
Daniel A. Prati
(Texas Bar No. 24070446)
danny.prati@nortonrosefulbright.com
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246

James Warriner
(Texas Bar No. 24070813)
james.warriner@nortonrosefulbright.com
FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Boulevard Suite 1100
Austin, Texas 78701-4255
Tel: (512) 474 5201
Fax: (512) 536 4598

***ATTORNEY FOR DEFENDANT C.R. ENGLAND, INC.***

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system, in accordance with Local Rule CV-5(a)(3), on this the 20th day of June, 2014.

        */s/ Annette Devereux*
        Annette Devereux